UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
                                   )
JOSHUA FIELDS,                     )
                                   )
        Plaintiff,                 )
                                   )
     v.                            )   C.A. No. 19-1100 WES
                                   )
                                   )
JEFF LEVIN and SCOTT DAVIDSON,     )
                                   )
        Defendants.                )
_____)

### ORDER

Before the Court is a Report and Recommendation ("R. & R.") filed by Magistrate Judge Patricia A. Sullivan on April 16, 2020, ECF No. 17, recommending that the Court dismiss Plaintiff's Amended Complaint, ECF No. 4, without prejudice.  Upon initial screening of the Amended Complaint pursuant to 28 U.S.C. § 1915A & (e)(2)(B), Judge Sullivan concluded that Defendant Davidson is immune from Plaintiff's claim for money damages.  R. & R. 4-5.  She further concluded that Plaintiff failed to state a claim as to Defendant Levin.  Id. at 5.  Plaintiff filed an objection to the R. & R. on May 4, 2020, ECF No. 18.

After careful review, the Court ACCEPTS the R. & R., ECF No. 17, over Plaintiff's objection and ADOPTS its reasoning. Accordingly, Plaintiff's Amended Complaint, ECF No. 4, is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ William E. Smith

William E. Smith[1]
District Judge
Date: June 3, 2020

---

[1] The Honorable William E. Smith, United States District Judge for the District of Rhode Island, sitting by designation.